UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LARRY MCDERMOTT, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                   CASE NO.:  2:11-CV-192-CEH-DNF

L.A. FITNESS INTERNATIONAL, LLC,
d/b/a L.A. FITNESS,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, LARRY MCDERMOTT, individually, by and through his undersigned counsel and hereby serves Notice of Voluntary Dismissal of Plaintiff's Second Amended Complaint with prejudice.  All parties are in agreement and have no objection.

Respectfully submitted,

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 27, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Jaime A. Bianchi, Esq. and Laura M. Reich, Esq., WHITE & CASE LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131 and Jason M. Frank, Esq.*,* EAGAN AVENATTI, LLP, 450 Newport Center Drive, Second Floor, Newport Beach, CA 92660.

BERKE LAW FIRM, P.A.


By: /s/ Bill B. Berke
Bill B. Berke
Florida Bar No. 0558011
berkelaw@yahoo.com
1003 Del Prado Blvd., Ste. 300
Cape Coral, FL 33990
Telephone: (239) 549-6689
Facsimile: (239) 549-3331
*Attorney for Plaintiff*

2