UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LARRY MCDERMOTT,**

        **Plaintiff,**

**V.**                                              Case No:  2:11-cv-192-FtM-UADNF

**L.A. FITNESS INTERNATIONAL, LLC,**

        **Defendant.**
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Doc. 63).  In accord with the Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 63).

    2)    Plaintiff's Second Amended Complaint is dismissed, with prejudice.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Fort Myers, Florida on April 30, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record